8-17-15
Monday

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

RECEIVED
AUG 21 2015
13th COURT OF APPEALS

To: Texas Court of Appeals —
13th District.

%: Dorian Ramirez — Clerk
901 Leopard St. — 10th Floor
Corpus Christi, Tx. 78401

From: Billy Ray Day Jr. # 1899068
B. Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

Re: Appellate Cause No. 13-14-00040-CR; cause styled Billy Ray Day Jr. v
The State of Texas;

Dear Clerk;

Greetings to you. I'll be brief —
Please file the enclosed Motion For Extension of Time To File P.D.R.
in the above-referenced cause. The appellant is seeking a 60 day ex-
tension. Advise the court that this is not for undue delay.

Thank you
X Billy Ray R. Day
Billy Ray Day Jr. # 1899068 pro se

NO. 36,868

Billy Ray Day Jr.,
PETITIONER

§
§
§

IN THE TEXAS COURT

VS.

§
§

OF

THE STATE OF TEXAS,
RESPONDENT

§
§

CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Billy Ray Day Jr. #1899068, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 66th District Court of Hill County, Texas of the offense of Indecency with a Child in Cause No. 36,868, styled The State of Texas vs. Billy Ray Day Jr. The Petitioner appealed to the Court of Appeals, 13th Supreme Judicial District, Appeal No. 13-14-00040-CR. The case was affirmed on July 23, 2015.

### II.

The present deadline for filing the Petition for Discretionary Review is 8-23-15. The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until 8-03-15. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Michel Simer, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 36,868 to 10-23-15 .

Respectfully submitted,

Billy R. Day Jr.

Petitioner Pro Se
TDCJ # 1899068
Texas Department of Criminal Justice